# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Healthmate International, LLC and<br>Erisonic Innovation Technology, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>Hong Qiangxing (Shenzhen) Electronics Limited<br>d/b/a Sunmas and<br>Shenzhen Geniuschip Electronic Co., Ltd.<br>d/b/a Sunmas<br><br>*Defendant(s)* | Civil Action No. 4:15-cv-00840-DW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hong Qiangxing (Shenzhen) Electronics Limited
4F, Jingcheng Building
Xicheng Industrial Zone
Xixiang Road
Bao'an District
Shenzhen City
Guangdong Province, China

Service to be made at:
Georgia World Congress Center
285 Andrew Young Int'l Blvd. NW
Booth 1635
Atlanta, Georgia 30313

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James J. Kernell
> Erickson Kernell Derusseau & Kleypas, LLC
> 8900 State Line Road, Suite 500
> Leawood, Kansas 66206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/28/2015

/s/ Claudia Wells
*Signature of Clerk or Deputy Clerk*



Civil Action No. 4:15-CV-00840-DW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hong Qiangxing (Shenzhen) Electronics Limited was received by me on *(date)* 10/28/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Raymon Xu, General Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Hong Qiangxing (Shenzhen) Electronics Limited on *(date)* 10/28/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/15

*Server's signature*

Vanessa Thompson, Process Server
*Printed name and title*
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
Se800s44br8794

Additional information regarding attempted service, etc:

Service Documents: Summons and Complaint Exhibits A-I, Notice of Inclusion in mediation, General Order

Service address: Georgia World Congress Center, 285 Andrew Young International Blvd, Booth 1635, Atlanta, GA 30313